UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COMMERCIAL WAREHOUSING, INC.,

   Plaintiff,

v.                                               Case No.  8:10-cv-2645-T-30MAP

ALLEGIANCE SECURITY GROUP, LLC,

   Defendant.
_____/

**ORDER OF DISMISSAL**

Before the Court is the Stipulation and Final Order of Dismissal With Prejudice (Dkt. #30).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 4, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-2645.dismiss 30.wpd